Francisco CURBELO, a/k/a Angel Herrera–Peralta, Plaintiff— Appellant,

v.

Aaron E. MICHEL, Defendant— Appellee.

No. 05–6990.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 1, 2006.

Francisco Curbelo, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Francisco Curbelo appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Curbelo v. Michel,* No. CA–05–235–3–03 (W.D.N.C. June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*